# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

William Rodriguez,

        Plaintiff,     Case No. 16-cv-11523

v.     Judith E. Levy
    United States District Judge

Acting Commissioner Carolyn W. Colvin,     Mag. Judge David R. Grand

        Defendant.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION [25], DENYING PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT [18] AND GRANTING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT [23]**

Before the Court is Magistrate Judge Grand's Report and Recommendation (Dkt. 25) recommending the Court deny plaintiff's motion for summary judgment (Dkt. 18) and grant defendant's motion for summary judgment. (Dkt. 23.) The parties were required to file specific written objections within fourteen days of service. Fed. R. Civ. P. 72(b)(2); E.D. Mich. LR 72.1(d). No objections were filed.

The Court has reviewed this case in its entirety, and finds that the Magistrate Judge's Report and Recommendation is correct. Accordingly,

the Report and Recommendation (25) is ADOPTED, plaintiff's motion for summary judgment (Dkt. 18) is DENIED, and defendant's motion for summary judgment (Dkt. 23) is GRANTED. The case is dismissed.[1]

IT IS SO ORDERED.

Dated: April 12, 2017             s/Judith E. Levy
Ann Arbor, Michigan            JUDITH E. LEVY
                                           United States District Judge

### CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on April 12, 2017.

                                           s/Felicia M. Moses
                                           FELICIA M. MOSES
                                           Case Manager

---

[1] The parties, by failing to object to the Report and Recommendation, have waived any further right of appeal. *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).